1056

[Nos. 31792-7-III; 32576-8-III.   Division Three.   July 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH R. SCRIBNER, *Appellant*.

*In the Matter of the Personal Restraint of* KEITH R. SCRIBNER, *Petitioner*.

Judgment *affirmed* and petition *denied* by unpublished opinion per Brown, A.C.J., concurred in by Lawrence-Berrey, J.; Fearing, J., concurring separately.

[No. 70820-1-I.   Division One.   July 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ISMAEL MALDONADO, *Appellant*.

*Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Schindler, JJ.

[No. 71013-3-I.   Division One.   July 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. AMOS K. GYAU, *Appellant*.

*Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Dwyer, JJ.